UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ENZA H. SIVIO,
:
                                 Plaintiff, : **ORDER**
: 18 Civ. 2408 (GBD) (GWG)
                             -v.-
:
:
VILLAGE CARE MAX, :
:
                                Defendant. :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/20

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      On or before February 21, 2020, the parties shall file the proposed Joint Pretrial Order required by paragraph VI.A of Judge Daniels' Individual Practices. The materials required by Part VI.B shall be filed 30 days after the filing of the Joint Pretrial Order.

      SO ORDERED

DATED:    New York, New York
               January 31, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge