

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

May 14, 2020

# MEMORANDUM ENDORSEMENT

**VIA ECF**

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007-1312

Re: *Enza H. Sivio v. Village Care Max* (USDC SDNY - 18-CV-2408)

Dear Judge Gorenstein:

We represent Defendant Village Care Max in this action. Pursuant to Your Honor's Individual Rules of Practice 1(A) and 1(E), we write, with the consent of Plaintiff's counsel, to request a sixty-day extension of the Parties' time to file their proposed Joint Pretrial Order (see ECF Nos. 73, 75, 77). The proposed Joint Pretrial Order is currently due May 21, 2020.

This is the third request overall made by the Parties to extend the time to file the Joint Pretrial Order (see ECF Nos. 74, 76). The Parties make this request because they are discussing a potential resolution of this matter, and they need additional time in which to do so due in part to concerns and business delays caused by the COVID-19 outbreak including counsel's inability to access hard copies of documents stored in their offices.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Rebecca Goldstein*
Rebecca Goldstein

RG/dh
cc: Donna H. Clancy, Attorney for Plaintiff (via ECF)

Extension to July 21, 2020, granted.
So ordered.
Dated: May 14, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge