

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

# MEMORANDUM ENDORSEMENT

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

July 20, 2020

**VIA ECF**

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007-1312

**Extension to October 21, 2020 granted.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**July 21, 2020**

Re:   *Enza H. Sivio v. Village Care Max* **(USDC SDNY - 18-CV-2408)**

Dear Judge Gorenstein:

We represent Defendant Village Care Max in this action. Pursuant to Your Honor's Individual Rules of Practice 1(A) and 1(E), we write, with the consent of Plaintiff's counsel, to request a ninety-day extension of the Parties' time to file their proposed Joint Pretrial Order (see ECF Nos. 73, 75, 77, 79).  The proposed Joint Pretrial Order is currently due July 21, 2020.

This is the fourth request overall made by the Parties to extend the time to file the Joint Pretrial Order (see ECF Nos. 74, 76, 78).  Over the past few months, the Parties have been engaged in settlement discussions, including retaining a mediator to assist with discussions of a potential resolution of this matter.  The Parties anticipate that a mediation would occur in late September or early October, 2020, subject to the mediator's schedule and delays caused by the COVID-19 pandemic. The Parties therefore make this request as they need additional time to complete the mediation and explore a potential resolution of this matter.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Rebecca Goldstein*
Rebecca Goldstein

RG/dh
cc: Donna H. Clancy, Attorney for Plaintiff (via ECF)