UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ENZA H. SIVIO,

                Plaintiff,

     -against-                                  ORDER

VILLAGE CARE MAX,                   18 Civ. 2408 (GBD) (GWG)

                Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: January 21, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge